UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CRISTELA VALENCIA,

    Plaintiff,                                Case No: 1:13-cv-922

v.                                             HON. JANET T. NEFF

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

## **ORDER**

Plaintiff seeks judicial review of a decision of the Commissioner of the Social Security Administration. 42 U.S.C. § 405(g). On November 15, 2013, Defendant filed a Motion to Dismiss. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on December 18, 2013, recommending that this Court grant Defendant's motion and Plaintiff's complaint be dismissed for lack of subject-matter jurisdiction. The Report and Recommendation was duly served on the parties. No objections have been filed. See 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (Dkt 15) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant's Motion to Dismiss (Dkt 6) is GRANTED for the reasons stated in the Report and Recommendation.

A Judgment will be entered consistent with this Order.


Dated: January 9, 2014                                   /s/ Janet T. Neff
                                                                          JANET T. NEFF
                                                                          United States District Judge